UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

## MEMORANDUM

TO: Erin Blackwell Warren, Esq., Patricia Lishehora Kane, Esq., and Stephanie Rae Ferner, Esq.

FROM: Judge Peter J. Messitte

RE: Weschler v. Durham et al.
No. 23-cv-989

DATE: July 20, 2023

\* \* \*

At present, a Motions Hearing on Defendants' partial Motion to Dismiss, ECF No. 12, is scheduled for August 1, 2023. However, the Court is aware that on July 13, 2023, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint. ECF No. 29.

The Court requests that within five (5) days, Defendants notify the Court, in writing, as to whether they would like the hearing to go forward on August 1.

Despite the informal nature of this letter, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte  
United States District Judge

CC: Robert Wesley Baldwin III, Esq.
Court file